# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-11-00178-CV

---

**Zimmer US, Inc., Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and
Greg Abbott, Attorney General of the State of Texas, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-09-002096, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

---

### C O N C U R R I N G   O P I N I O N

I concur in the majority's judgment. I agree that the district court's judgment must be reversed because it is predicated upon an administrative construction of rule 3.284 that is inconsistent with the rule's text. *See* 34 Tex. Admin. Code § 3.284 (2011) (Tex. Comptroller of Pub. Accounts, Drugs Medicines, Medical Equipment, and Devices (Tax Code § 151.313)); *Texas Indus. Energy Consumers v. Center Point Energy Houston Elec., LLC*, 324 S.W.3d 95, 97-100 (Tex. 2010) (stating that "if an agency 'does not follow the clear, unambiguous language of its own regulation, we reverse its action as arbitrary and capricious'" (quoting *Rodriguez v. Service Lloyds Ins. Co.*, 997 S.W.2d 248, 255 (Tex. 1999))). However, I do not join in the majority's sua sponte analysis of rule 3.284's validity, including its holding that the underlying statute is ambiguous.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed:   February 9, 2012